No. 908. BANKERS LIFE & CASUALTY CO. v. GUARANTEE RESERVE LIFE INSURANCE CO. OF HAMMOND ET AL. C. A. 7th Cir. Certiorari denied. *William T. Kirby* for petitioner. *Claude A. Roth* for respondents.

No. 912. RAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 913. ZAMORA v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Quincy D. Adams* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 917. ROOFIRE ALARM CO. v. UNDERWRITERS' LABORATORIES, INC. C. A. 6th Cir. Certiorari denied. *John A. Chambliss* for petitioner. *Jere T. Tipton* and *Edward H. Hickey* for respondent.

No. 919. FRIEDMAN v. UNITED STATES. Ct. Cl. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 920. BLOOMFIELD STEAMSHIP CO. v. HAIGHT ET AL. C. A. 5th Cir. Certiorari denied. *Robert Eikel* for petitioner. *Benjamin W. Yancey* for respondents.

No. 924. GAJEWSKI ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Marshall* for the United States.